**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| BRIAN WELLS | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | No. 10-1811 |
| | : | |
| | : | |
| MICHAEL J. ASTRUE, et al. | : | |


# O R D E R

**AND NOW**, this 15th day of March, 2011, upon consideration of Plaintiff's

Request for Review And Reversal of Defendant's Final Administrative Decision, and

Defendant's response thereto, and after review of the Report and Recommendation of M. Faith

Angell, United States Magistrate Judge, and no objections having been filed, it is hereby

**ORDERED** that:

      1.    The Report and Recommendation is **APPROVED** and **ADOPTED**.

      2.    The relief requested in Plaintiff's Request for Review is **GRANTED**.

      3.    The matter is **REMANDED** to the Commissioner for further
administrative proceedings consistent with Magistrate Judge
Angell's Report and Recommendation.


**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____

**MITCHELL S. GOLDBERG, J.**